IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Blackman, Tiffany

Printed: 02/03/09

Case Number:  07 B 03652
Judge:  Hollis, Pamela S
Filed:  3/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed - No Disch:  December 5, 2008
Confirmed: April 30, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 10,437.01 |  |
| Secured: |  | 1,979.09 |
| Unsecured: |  | 4,452.14 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,984.00 |
| Trustee Fee: |  | 592.77 |
| Other Funds: |  | 429.01 |
| Totals: | 10,437.01 | 10,437.01 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 2,584.00 | 2,584.00 |
| 2. | Robert J Semrad & Associates | Administrative | 400.00 | 400.00 |
| 3. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 4. | Portfolio Recovery Associates | Secured | 0.00 | 0.00 |
| 5. | Wells Fargo Home Mortgage | Secured | 17,350.29 | 1,979.09 |
| 6. | United Consumer Financial Srv | Unsecured | 269.25 | 448.75 |
| 7. | Federated Retail Holdings Inc | Unsecured | 204.32 | 340.54 |
| 8. | Commonwealth Edison | Unsecured | 232.79 | 387.99 |
| 9. | ECast Settlement Corp | Unsecured | 255.79 | 426.31 |
| 10. | Nicor Gas | Unsecured | 407.41 | 679.01 |
| 11. | RoundUp Funding LLC | Unsecured | 492.73 | 821.22 |
| 12. | Capital One | Unsecured | 682.99 | 1,138.32 |
| 13. | United Collection Bureau Inc | Unsecured | 126.00 | 210.00 |
| 14. | National Credit Adjusters | Unsecured |  | No Claim Filed |
| 15. | Bud's Ambulance | Unsecured |  | No Claim Filed |
| 16. | Computer Credit Service Corp | Unsecured |  | No Claim Filed |
| 17. | Credit Protection Association | Unsecured |  | No Claim Filed |
| 18. | I C Systems Inc | Unsecured |  | No Claim Filed |
| 19. | Dependon Collections Service | Unsecured |  | No Claim Filed |
| 20. | Covenant Mgmt Group | Unsecured |  | No Claim Filed |
| 21. | ADP | Unsecured |  | No Claim Filed |
| 22. | North Shore Agency Inc | Unsecured |  | No Claim Filed |
| 23. | Nationwide Credit & Collection | Unsecured |  | No Claim Filed |
| 24. | United Collection Bureau Inc | Unsecured |  | No Claim Filed |
|  |  |  | $ 23,005.57 | $ 9,415.23 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Blackman, Tiffany

Printed: 02/03/09

Case Number: 07 B 03652
Judge: Hollis, Pamela S
Filed: 3/2/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 283.31 |
| 6.5% | 309.46 |
| | $ 592.77 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: